Friday, October 07, 2011

Mr. J. David Breemer
Pacific Legal Foundation
930 G Street
Sacremento, CA 95814

Mr. Barry C. Willey
Galveston County Legal Department
722 Moody, Fifth Floor
Galveston, TX 77550

Mr. Jerry Patterson
2501 Pebble Beach Drive
Austin, TX 78747
Mr. Arthur Cleveland D'Andrea
Assistant Solicitor General
P.O. Box 12548 (MC059)
Austin, TX 78711-2548

Mr. Charles F. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE: Case Number: 09-0387
 Court of Appeals Number:
 Trial Court Number: 07-20409

Style: CAROL SEVERANCE
 v.
 JERRY PATTERSON, COMMISSIONER OF THE TEXAS GENERAL LAND OFFICE; GREG
 ABBOTT, ATTORNEY GENERAL FOR THE STATE OF TEXAS; AND KURT SISTRUNK,
 DISTRICT ATTORNEY FOR THE COUNTY OF GALVESTON, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas reinstated the above-referenced
cause. The Court reinstates our consideration on rehearing of the
certified questions in light of the recent order of the United States Court
of Appeals for the Fifth Circuit denying the State's mootness claims. 
(Chief Justice Jefferson not sitting)
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Yaira M. Torres, Deputy Clerk